**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AMY BARBOZA**<br>**Plaintiff**<br><br>**V.**<br><br>**TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL, W. GLENN STECKMAN III, TOWN ADMINISTRATOR, THOMAS BLAKEY, CHIEF OF POLICE**<br>**Defendants** | : | **C.A. No. 07-339ML** |

**ENTRY OF APPEARANCE**

Jeffrey W. Kasle, Esquire, of the law firm St. Peter & Kasle, Four Richmond Square, Providence, RI 02906 hereby enters his appearance on behalf of Defendants, in the above-captioned matter.

**TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL, W. GLENN STECKMAN III, TOWN ADMINISTRATOR, THOMAS BLAKEY, CHIEF OF POLICE**
By Their Attorney:

JEFFREY W. KASLE, ESQ. (#2695)
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, Rhode Island 02906
Tel. 401-453-4330, Fax. 401-453-4333
Email. jeff@stpeterandkasle.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Stephen T. Fanning, Esq., 305 South Main Street, Providence, Rhode Island 02903 on this 2nd day of October, 2007.

Kimberly A. Peters