UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMY BARBOZA,

*Plaintiff,*

vs.

C.A. No. 07-339ML

TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL; W. GLENN STECKMAN III, TOWN ADMINISTRATOR; THOMAS BLAKEY, CHIEF OF POLICE

*Defendants.*

**DEFENDANTS' CONSENTED TO MOTION FOR AN EXTENSION OF THE DISCOVERY DISCLOSURE DATE AND DISPOSITIVE MOTION DATE**

Now come the Defendants and respectfully request that the discovery disclosure date of July 14, 2008, be extended to October 14, 2008, and that the dispositive motion filing date be extended to October 28, 2008. Defendants state as reason that discovery has not been completed and the parties believe that an additional three months is needed in this regard. Plaintiff has consented to this motion. Therefore, defendants request that the discovery closure date be extended to October 14, 2008 and the dispositive motion date be extended to October 28, 2008.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that the within document has been electronically filed with the Court on June 27, 2008, that it is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

stephenfanning@msn.com

*/s/ Marc DeSisto*

Marc DeSisto